UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANLOUISE HALLAL,<br><br>    Plaintiff,<br><br>v.<br><br>SEROKA, FRANK BRIONES, TAM LE, CURTIS BOUCHE, DEWALL, and STEVEN MOORE,<br><br>    Defendants. | Case No. 1:18-cv-388 DAD-BAM<br><br>**ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**TWENTY-ONE DAY DEADLINE** |

Plaintiff JeanLouise Hallal, appearing pro se, filed this civil action on March 22, 2018. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 3.) However, it is not clear from Plaintiff's application that she meets the requirements in 28 U.S.C. § 1915.

Under section 1915(a), the Court "may authorize the commencement . . . of any suit . . . without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such [person] . . . possesses that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). A plaintiff "need not be absolutely destitute to obtain benefits of the in forma pauperis statute. But a plaintiff seeking IFP status must allege poverty with some particularity, definiteness and certainty." *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015) (quotations and citations omitted).

Plaintiff's IFP application indicates that she receives income from "other sources." (ECF No. 3). However, Plaintiff declined to describe the source of income, the amount received, and how much she expects to continue to receive. Plaintiff's application is therefore insufficient for the Court to determine if she is entitled to proceed without prepayment of fees in this action.

1

1 | Plaintiff is reminded that she must disclose any financial support she receives from others as part of her in forma pauperis application. All assets and sources of money must be disclosed. An in forma pauperis application must state sufficient information for the Court to determine the ability to pay the costs of litigation.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2 Within **twenty-one (21) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated: **April 16, 2018** /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE