| | |
|---|---|
| JEANLOUISE HALLAL and BRENTALAN BRIGNER, <br><br> Plaintiffs, <br><br> v. <br><br> SEROKA, FRANK BRIONES, TAM LE, CURTIS BOUCHE, DeWALL and STEVEN MOORE, <br><br> Defendants. | No. 1:18-cv-388-DAD-BAM <br><br> **ORDER GRANTING PLAINITFFS' APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES OR COSTS** <br><br> **(ECF Nos. 3, 5, and 6)** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiffs JeanLouise Hallal and Brentalan Brigner are proceeding pro se and have requested leave to proceed in forma pauperis pursuant to Title 28 of the United States Code section 1915(a). Plaintiffs have made the showing required by section 1915(a), and accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

Plaintiffs are advised that the Court is required to screen complaints of pro se litigants pursuant to Title 28 of the United States Code section 1915A(a). The Court must dismiss a complaint or portion thereof if the litigant has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant(s) who is immune from such relief. 28 U.S.C. § 1915A(b)(1)&(2). As a result, summonses will not issue at this time. The Court will direct the United States Marshal to serve

1

Plaintiffs' complaint only after the Court has screened the complaint and determined that it contains cognizable claims for relief against the named defendants. The Court has a large number of such cases pending before it and will screen Plaintiff's complaint in due course.

IT IS SO ORDERED.

Dated: **June 13, 2018**            /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE