# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANLOUISE HALLAL,<br><br>    Plaintiff,<br><br>v.<br><br>SEROKA, FRANK BRIONES, TAM LE CURTIS BOUCHE, DEWALL, and STEVEN MOORE,<br><br>    Defendants. | Case No.: 1:18-cv-0388-DAD-BAM<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR 60-DAY EXTENSION OF TIME TO FILE AMENDED COMPLAINT<br><br>(Doc. 11)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff JeanLouise Hallal is proceeding *pro se* and *in forma pauperis* in this civil action originally filed on March 22, 2018.

On July 20, 2018, the Court issued a screening order granting Plaintiff leave to file a first amended complaint within thirty days from the date of service of that order. (Doc. 10.) Plaintiff's first amended complaint is currently due on or before August 23, 2018.

On August 9, 2018, Plaintiff filed the instant motion requesting a sixty-day extension of time to file her amended complaint. (Doc. 11.). Plaintiff states that she was recently "terroristically attacked by the Fresno County District Attorney" which resulted in a false eviction from her home. Plaintiff needs additional time to "research this matter and put the brief together without any interruptions." (Doc. 11).

Although Defendants have not had an opportunity to respond to Plaintiff's request, the Court finds a response unnecessary. Local Rule 230(l).

Having considered the request, the Court finds good cause to grant, in part, Plaintiff's motion

1

for an extension of time. While not entirely clear, it appears that Plaintiff may be attempting to allege new and unrelated claims in her amended complaint. Plaintiff is advised that, as stated in the Court's July 19, 2018 screening order, Plaintiff may not change the nature of this suit by adding new, unrelated claims in her amended complaint. *George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007) (no "buckshot" complaints).

Accordingly, Plaintiff's motion for an extension of time to file an amended complaint, (Doc. 11) is GRANTED IN PART. Plaintiff shall file her first amended complaint within **thirty (30) days** from the date of service of this order. <u>If Plaintiff fails to file a first amended complaint in compliance with this order, this action may be dismissed for failure to obey a court order and failure to state a claim.</u>

IT IS SO ORDERED.

Dated: **August 22, 2018**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE