| | |
|---|---|
| JEANLOUISE HALLAL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SEROKA, FRANK BRIONES, TAM LE CURTIS BOUCHE, DEWALL, and STEVEN MOORE,<br><br>　　　　Defendants. | Case No.: 1:18-cv-0388-DAD-BAM<br><br>ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR AN EXTENSION OF TIME TO FILE AMENDED COMPLAINT<br><br>(ECF No. 13)<br><br>**AMENDED COMPLAINT DUE: October 26, 2018** |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

Plaintiff JeanLouise Hallal is proceeding *pro se* and *in forma pauperis* in this civil action originally filed on March 22, 2018. On July 20, 2018, the Court issued a screening order requiring Plaintiff to file an amended complaint within thirty (30) days. (ECF No. 10.) Plaintiff's motion for a sixty-day extension of that deadline was granted, in part, on August 22, 2018, giving Plaintiff an additional thirty (30) days to file her first amended complaint. (ECF No. 12.)

Currently before the Court is Plaintiff's second motion for an extension of time to file a first amended complaint, filed on September 19, 2018. (ECF No. 13.) Plaintiff explains that she has been unable to complete her amended complaint because she has "had to shut down nine fraudulent cases" causing her "mental exhaustion." (ECF No. 13). Plaintiff seeks an additional thirty-day extension of time due to these circumstances.

Plaintiff's motion fails to demonstrate good cause for the extension, however, the Court is particularly sensitive to the challenges faced by pro se litigants unfamiliar with the judicial process.

1

Accordingly, it is **HEREBY ORDERED** that Plaintiff's second motion for an extension of time to file a first amended complaint, is **GRANTED**.

Plaintiff's first amended complaint is due on or before **thirty (30) days** from the date of service of this order. Plaintiff is warned that any further request for an extension will be denied absent a showing of good cause. <u>If Plaintiff fails to file a first amended complaint in compliance with this order, this action may be dismissed for failure to obey a court order and failure to state a claim.</u>

IT IS SO ORDERED.

Dated: **September 26, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE