# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANLOUISE HALLAL,<br><br>        Plaintiff,<br><br>   vs.<br><br>SEROKA, FRANK BRIONES, TAM LE, CURTIS BOUCHE, DEWALL, and STEVEN MOORE.<br><br>        Defendants.<br>_____ / | Case No. 1:18-cv-00388-DAD-BAM<br><br>ORDER DENYING PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT<br><br>(ECF No. 15)<br><br>**TEN (10) DAY DEADLINE** |

      Plaintiff JeanLouise Hallal is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

      On July 20, 2018, the Court issued a screening order requiring Plaintiff to file an amended complaint within thirty (30) days. (ECF No. 10.) Plaintiff's motion for a sixty-day extension of that deadline was granted, in part, on August 22, 2018, giving Plaintiff an additional thirty (30) days to file her first amended complaint. (ECF No. 12.)

      On September 19, 2018, Plaintiff moved for an additional extension of time to file her amended complaint due to "pure mental exhaustion." (ECF No. 13.) The Court granted Plaintiff's request, and granted her an additional thirty days (30) days to file her amended complaint. (ECF No. 14.) The Court warned Plaintiff that any further request for an extension would be denied absent a showing of good cause. (ECF No. 14).

      Currently before the Court is Plaintiff's third motion for an extension of time. Plaintiff's

caption states that a "three-week time extension" is needed because she "has been up for three days" and "mental exhaustion." (ECF No. 15). Plaintiff does not include any further details or explanation regarding her condition or why she was unable to complete her request before the deadline. Plaintiff has been granted several prior extensions of time on the basis of her mental condition, and her amended complaint is now over two months late. The Court does not find good cause for another extension at this time.

Accordingly, it is HEREBY ORDERED that Plaintiff's request for an extension of time is denied. Plaintiff's amended complaint is due within ten (10) days of the date of service of this order. If Plaintiff fails to file a first amended complaint in compliance with this order, this action may be dismissed for failure to obey a court order and failure to state a claim.

IT IS SO ORDERED.

Dated: **October 31, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE